IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DOROTHY CAROLYN WOODHAM                                      PLAINTIFF

VS.                                                    CIVIL NO. 1:10CV308-SA-DAS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 31, 2012, was on that date duly served on counsel for plaintiff and defendant via ECF; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection thereto has been filed by the parties. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 31, 2012, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

2. That judgment is entered for the defendant affirming the decision of the Commissioner and the action dismissed with prejudice.

THIS the 16th day of February, 2012.

                                                                           /s/ Sharion Aycock
                                                                   **UNITED STATES DISTRICT JUDGE**